UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA SALVATO, M.D. | * | CIVIL ACTION |
| VERSUS | * | NO. 2:18-CV-00721 |
| BOYD RACING, L.L.C., *ET AL* | * | JUDGE SUMMERHAYS |
| *   *   *   *   *   *   *   * | * | MAG. JUDGE KAY |

### UNOPPOSED MOTION FOR PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, comes defendant, Boyd Racing, LLC d/b/a Delta Downs Racetrack, Casino & Hotel, to move this Honorable Court for a Protective Order to facilitate discovery and the production of relevant evidence in this action. The Order has been agreed to by all parties.

        Respectfully submitted,

        MURPHY, ROGERS, SLOSS,
          GAMBEL & TOMPKINS

        */s/ Timothy D. DePaula*
        John H. Musser, V  (#22545)
        jmusser@mrsnola.com
        Timothy D. DePaula (#31699)
        tdepaula@mrsnola.com
        701 Poydras Street, Suite 400
        New Orleans, LA 70139
        Telephone: 504/523-0400
        Attorney for defendant, Boyd Racing, LLC d/b/a
        Delta Downs Racetrack, Casino & Hotel

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this  22nd   day of February 2019, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

                                                */s/ Timothy D. DePaula*

4843-8083-9817, v. 1